[This opinion has been published in *Ohio Official Reports* at 83 Ohio St.3d 120.]

[THE STATE EX REL.] DAYTON WALTHER CORPORATION, APPELLANT, *v.*

INDUSTRIAL COMMISSION OF OHIO; GRIMES, APPELLEE.

[Cite as *State ex rel. Dayton Walther Corp. v. Indus. Comm.*, 1998-Ohio-154.]

*Workers' compensation—Court of appeals' judgment affirmed.*

(No. 96-2380—Submitted July 8, 1998—Decided September 16, 1998.)

APPEAL from the Court of Appeals for Franklin County, No. 95APD08-1019.

––––––––––––––––

*Dunlevey, Mahan & Furry, L.P.A., Gary W. Auman, William H. Barney III* and *William P. Allen*, for appellant.

*E.S. Gallon & Associates* and *Richard M. Malone*, for appellee.

––––––––––––––––

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., RESNICK, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

DOUGLAS and F.E. SWEENEY, JJ., concur in part and dissent in part.

––––––––––––––––

**DOUGLAS, J., concurring in part and dissenting in part.**

{¶ 2} I would affirm, in part, the judgment of the court of appeals and reverse, in part, the judgment of the court of appeals. In so doing, I would reinstate the order of the commission.

F.E. SWEENEY, J., concurs in the foregoing opinion.

––––––––––––––––